IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN INSTITUTE FOR CHARTERED PROPERTY CASUALTY UNDERWRITERS and THE INSTITUTES, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>ADAM POTTER and BUSINESS INSURANCE HOLDINGS, INC.,<br><br>  Defendants. | Civil Action No. 19-1600-RGA |

ORDER

For the reasons stated in the accompanying Memorandum, Defendant Adam Potter's Motion for Summary Judgment on Business Insurance Holdings, Inc.'s Cross-Claims (D.I. 245) is GRANTED-IN-PART and DENIED-IN-PART. Specifically, I will GRANT Potter's motion for summary judgment on Cross-Claim II (Negligent Management and Operation). I will DENY Potter's motion for summary judgment on Cross-Claim III (Fraud) and Cross-Claim IV (Negligent Misrepresentation).

Entered this 13 day of May, 2022.

_____
United States District Judge