IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE AMERICAN INSTITUTE FOR
CHARTERED PROPERTY CASUALTY
UNDERWRITERS and THE INSTITUTES,
LLC,

    Plaintiffs,

v.

ADAM POTTER and BUSINESS
INSURANCE HOLDINGS, INC.,

    Defendants.

Civil Action No. 19-1600-RGA

## ORDER

For the reasons stated in the accompanying Memorandum, Defendant Business Insurance Holdings, Inc.'s Motion for Summary Judgment with Respect to Plaintiffs' Claims (D.I. 233) and Plaintiffs' Motion for Partial Summary Judgment (D.I. 236) are DENIED.

Defendant Adam Potter's Motion for Summary Judgment on Plaintiffs' Amended and Supplemental Complaint (D.I. 241) is GRANTED-IN-PART and DENIED-IN-PART. Specifically, I will GRANT Potter's motion for summary judgment on Count II (Tortious Interference) and Count IV (Declaratory Relief). I will DENY Potter's motion for summary judgment on Count I (Breach of Contract).

Entered this 13 day of May, 2022.

*Richard G. Andrews*
United States District Judge