# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC,

Plaintiffs,

v.

Adam Potter and Business Insurance Holdings, Inc.,

Defendants.

Civ. A. No. 1:19-cv-01600-RGA-JLH

**PLAINTIFFS' DEPOSITION DESIGNATIONS**

BIH reserves the right to use any deposition testimony of any witness for purposes of impeachment at trial.

## I. Keith Kenner (August 4, 2021)

BIH objects to the use of any deposition testimony from Mr. Kenner for any reason other than impeachment if he is present to testify at trial. The following objections and counter-designations are made only for purposes of use of his deposition testimony if he is not present to testify.

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations[1] |
|---|---|---|
| 15:24 – 19:8 | FRE 602 (17:12 through 19:2) | FRE 901; FRE 802 |
| 21:23 – 22:15 | | |
| 25:23 – 26:11 | | |

[1] To the extent that BIH and Mr. Potter object to testimony, BIH joins any evidentiary basis cited by Mr. Potter.

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations[1] |
|---|---|---|
| 26:25 - 28:12 | FRE 402 (28:2 – 28:5) | |
| 30:14-22 | | |
| 36:15 – 38:23 | FRE 402 | |
| 54:1 – 57:7 | FRE 1004 (55:22 – 57:7) | |
| 57:17-23 | | 57:8-16 |
| 70:7 – 72:25 | FRE 402 | FRE 602; FRE 701 |
| 97:23 – 98:5 | FRE 1000 | |
| 100:6 – 103:12 | FRE 402 | FRE 901 |
| 113:7 – 114:18 | | |
| 117:14 – 118:17 | FRE 1000 | 118:18 – 119:10 |
| 119:11 – 123:16 | | |
| 124:7 – 125:16 | | |
| 126:3 – 129:9 | FRE 402 | 130:15-21 |
| 131:3 – 132:18 | FRE 602 132:14 – 132:18 | FRE 602; FRE 701 |
| 136:6-20 | | 136:6-20; 137:16-19 (counter-designation) |
| 140:12 – 144:10 | FRE 602, 1000 | FRE 602; FRE 701 |
| 146:8 – 148:9 | FRE 602 | FRE 602; FRE 701 |

## II. Katie Kett (August 10, 2021)

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 12:19 – 19:10 | | |
| 21:19 – 22:2 | | 21:1 – 22:12 |
| 25:24 – 28:18 | FRE 402 | |
| 34:12 – 36:6 | FRE 402 | 34:12 – 37:2 |
| 37:3-13 | FRE 402 | FRE 602; FRE 701 |
| 43:1 – 45:16 | FRE 402, 602 | FRE 602; FRE 701 |
| 49:21 – 52:5 | | FRE 901 |
| 55:3 – 56:2 | FRE 1000 | |
| 57:1 – 57:7 | | FRE 602; FRE 701; 55:19 – 57:7 |
| 58:5 – 64:20 | | FRE 602; FRE 701 |
| 65:14 – 66:4 | | |
| 71:2-8 | FRE 602 | 68:11 – 71:8 |
| 71:20 – 73:24 | FRE 602, 1000 | |
| 74:3-23 | | |
| 76:9 – 79:2 | | FRE 602; FRE 701; 76:9 – 80:10 |
| 82:17-21 | | |
| 88:1 – 90:14 | | 82:17 – 91:12 |
| 91:1 – 93:15 | | FRE 602; FRE 701 |

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 94:1 – 97:21 | FRE 602, 1000 | FRE 602; FRE 701 |
| 98:24 – 99:6 | FRE 602 | FRE 602; FRE 701; 97:23 – 99:6 |
| 106:7-19 | | |
| 108:4-15 | FRE 602, 1000 | |
| 116:15 – 122:14 | FRE 1000 | |
| 124:6 – 125:14 | | |
| 126:23 – 129:6 | FRE 602, 803, 1000 | FRE 602; FRE 701; 126:23 – 130:17 |
| 181:1 – 184:11 | | |

**III. Adam Potter (June 21, 2021, VOL I)**

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 34:4 – 36:18 | | |
| 38:3 – 40:7 | FRE 602 | FRE 602 |
| 42:3 – 42:10 | | |

## IV. Adam Potter (June 21, 2021, VOL II)

| Plaintiffs’ Designations | BIH’s Objections/Counter-designations | Potter’s Objections/Counter-designations |
|---|---|---|
| 12:2 – 12:23 | | FRE 402 |
| 14:16 – 14:24 | | |
| 37:17 – 38:7 | | |
| 41:22 – 43:11 | | 41:22 – 44:4 |
| 44:5 – 46:6 | | 43:8 – 44:4 |
| 62:15 – 65:16 | | 62:15 – 67:20 |
| 68:9 – 71:9 | | 68:9 – 71:15 |
| 81:13 – 82:8 | FRE 1000 | |
| 90:11 – 90:23 | | |
| 102:23 – 105:5 | FRE 402 (104:23 – 105:5) | FRE 402 (104:23 – 105:5) |
| 112:19 – 113:16 | | 112:19 – 116:1 |
| 114:11 – 115:7 | | 112:19 – 116:1 |
| 121:19 – 122:10 | | |
| 169:5 – 173:6 | | FRE 402 |
| 182:15 – 184:7 | | FRE 602 |
| 197:11 – 197:19 | FRE 602 | FRE 602 |

**V. Steve Acunto, Sr. (August 5, 2021, VOL I)**

BIH objects to the use of any deposition testimony from Mr. Acunto for any reason other than impeachment if he is present to testify at trial. The following objections and counter-designations are made only for purposes of use of his deposition testimony if he is not present to testify.

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 25:7-25 | | |
| 27:21-24 | | |
| 29:18-31:24 | | |
| 32:9-21 | | |
| 34:9-37:23 | | FRE 701; FRE 802 |
| 39:19-40:19 | | |
| 42:8-46:5 | | FRE 802 |
| 48:17-49:23 | | 51:23 – 52:5 |
| 50:13-51:22 | | 52:15 – 53:13 |
| 53:23-54:3 | | |
| 59:15-60:12 | FRE 1000 | |
| 62:13-19 | | |
| 66:11-23 | FRE 402 | |
| 72:23-73:14 | | |
| 76:6-20 | | |
| 78:3-83:20 | | FRE 802; FRE 901 |

| | | |
|---|---|---|
| 102:6-103:15 | | |
| 106:3-10 | | FRE 802 |
| 107:5-15 | | FRE 802 |
| 107:23-108:10 | | |
| 115:8-118:11 | | FRE 802 |
| 120:17-122:10 | | |
| 122:20-124:19 | FRE 1000 | |
| 125:22-126:3 | | |
| 127:10-13 | | |
| 128:13-133:18 | | |
| 136:12-138:14 | FRE 402 | |
| 139:14-19 | | |
| 140:24-143:10 | | FRE 802 |
| 144:5-145:14 | | |
| 147:9-149:13 | | FRE 802 |
| 153:16-154:15 | FRE 402 | |
| 156:2-6 | | |
| 157:5-25 | | |
| 158:15-159:7 | | |
| 159:8-12 | | |
| 160:8-20 | | FRE 402; 160:21 – 161:20 |
| 169:2-10 | | FRE 402; 169:11-20 |

| | | |
|---|---|---|
| 171:2-172:25 | | FRE 402 |
| 173:19-177:18 | FRE 602 (175:15 – 177:18) | FRE 402 |
| 179:7-13 | FRE 802 | FRE 402; FRE 802 |
| 180:2-14 | FRE 1000 | FRE 402 |
| 181:7-20 | FRE 1000 | FRE 402 |
| 182:24-183:8 | | FRE 402 |
| 185:9-186:23 | | FRE 402 |
| 189:9-190:20 | FRE 402 | FRE 402 |
| 191:10-19 | FRE 402 | |
| 195:3-196:7 | FRE 402 | |
| 199:16-200:3 | FRE 402 | |
| 202:9-23 | | |

## VI. Tina Pernie

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 16:2 –12 | | FRE 602 |
| 16:13 – 17:14 | | FRE 602; 16:13-17:13 (counter-designation) |
| 23:2 – 24:20 | | |
| 26:11 – 27:18 | | |
| 50:4 – 52:13 | | |
| 52:19 –54:25 | | 52:19-55:11 (counter-designation) |
| 55:12 – 57:5 | | 55:12-57:10 (counter-designation) |
| 57:17 – 58:14 | | FRE 602 |
| 65:22 – 67:18 | | FRE 602; FRE 802; 65:22 – 68:1; 74:20 - 75:23 (counter-designations) |
| 69:17 –25 | | 69:17-74:2 |
| 74:3 –19 | | FRE 602; FRE 802; 74:3-75:23 (counter-designation) |
| 122:4 – 123:7 | | FRE 602; FRE 802; 122:4-123:11 (counter-designation) |

## VII. Kate Horowitz

| Plaintiffs' Designations | BIH's Objections/Counter-designations | Potter's Objections/Counter-designations |
|---|---|---|
| 44:11 – 46:8 | | FRE 401-402 |
| 109:24 –112:3 | | |
| 205:15 – 207:6 | | FRE 602 |
| 215:25 – 216:16 | | |
| 229:8 – 230:18 | | |
| 305:8 – 307:21 | | |