

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Matthew Philip Denn
Matthew.Denn@dlapiper.com
T  302.468.5629
F  302.778.7922

June 1, 2022
*VIA CM/ECF AND HAND DELIVERY*

The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

**Re:**   *The American Institute for Chartered Property Casualty Underwriters et al v. Potter et al.,* C.A. No. 19-1600-RGA

Dear Judge Andrews:

Pursuant to the Court's instructions at the May 28, 2022 pre-trial conference for this case, attached are the following five documents for the Court's review in connection with Business Insurance Holdings, Inc.'s ("BIH's") Motion in Limine seeking to exclude testimony regarding events or conferences not referred to in the Amended and Supplemental Complaint (D.I. 48):

1. Exhibit 1: BIH's Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents (Request No. 18 and response to Request No. 18)
2. Exhibit 2: BIH's Responses and Objections to Plaintiffs' First Set of Interrogatories (Interrogatory No. 4 and response to Interrogatory No. 4)
3. Exhibit 3: BIH Notice of 30(b)(6) deposition of Plaintiffs (Topics 3, 16, 17)
4. Exhibit 4: Rule 30(b)(6) Deposition of Plaintiffs (pp. 6-7, 79-87)
5. Exhibit 5: Plaintiffs' Request for Protective Order, BIH response to Plaintiffs' Request for Protective Order, and Magistrate Judge's Oral Order.

Additionally, following the pre-trial conference, the Plaintiffs asked that BIH provide to the Court the documents attached as Exhibit 6 and refer the Court to the Plaintiffs' Answers to Interrogatories 3-7 of BIH's First Set of Interrogatories and Plaintiffs' Answer to Interrogatory 11 of Defendants' First Set of Interrogatories.



The Honorable Richard G. Andrews
June 1, 2022
Page Two


Respectfully,

*/s/ Matthew P. Denn (I.D. No. 2985)*

Matthew P. Denn
*Attorney for Defendant Business Insurance Holdings, Inc.*

MPD:ssh
Attachments
cc:     All counsel of record *(Via CM/ECF)*