IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE AMERICAN INSTITUE FOR CHARTERED PROPERTY CASUALTY UNDERWRITERS, et al., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 19-1600-RGA-JLH |
| ADAM POTTER, et al., | : : | |
| Defendants. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 2nd day of June, 2022, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 308) and the discussion at the pretrial conference on May 27, 2022, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order (D.I. 308) is **ADOPTED** as modified by any discussion at the pretrial conference.

2. A bench trial will begin on June 27, 2022.  On June 27-29, 2022, each party should be prepared to present its case starting at 8:30 a.m. and continuing until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m. The trial on the cross-claims is scheduled to begin at 9:00 a.m. on June 30, 2022.

3. The trial is timed.  In the case of the Plaintiffs against Defendants, each side (the two Defendants being considered as one side) is allowed **10 ½ hours** for its opening statement and its direct and cross-examination of witnesses.  Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.  The trial on the cross-claims is scheduled to begin at 9:00 a.m. on June 30, 2022,

and each Defendant is allowed one hour for its opening statement and its direct and cross-examination of witnesses.

4. The parties requested post-trial briefing and declined closing argument. The schedule and length of such briefing will be decided later.

5. Trial counsel are to be present and ready to proceed at 8:00 a.m. each and every day of trial. **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.** There will be up to an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

6. The three motions in limine will be resolved in a separate order.

7. Any trial logistics should be coordinated through the Courtroom Deputy.

   /s/ Richard G. Andrews
   United States District Judge