# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Adam Potter and Business Insurance Holdings, Inc., <br><br> Defendants. | Civ. A. No. 1:19-cv-01600-RGA-JLH |

## PLAINTIFFS' MOTION FOR CLARIFICATION OR PARTIAL RECONSIDERATION ON THE COURT'S JUNE 6, 2022, ORDER RULING ON BUSINESS INSURANCE HOLDINGS, INC.'S MOTION IN LIMINE NO . 1

Plaintiffs, The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC ( "Plaintiffs"), by and through their counsel, and pursuant to District of Delaware Local Rule 7.1.5, hereby move the Court to reconsider its June 6, 2022, Order ruling on Business Insurance Holdings, Inc.'s ("BIH") Motion in Limine No. 1.  In support of this Motion, Plaintiffs rely on the attached Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Plaintiffs respectfully request that the Court grant its Motion and enter its proposed form of order, attached hereto, which would vacate the portion of the June 6, 2022, Order granting BIH's Motion in Limine No. 1 and deny BIH's Motion in Limine No. 1.

Dated: June 14, 2022

/s/ *Barry Klayman*
Barry M. Klayman, Esq. (#3676)
COZEN O'CONNOR
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2035
Fax: (215) 701-2209
Email: bklayman@cozen.com
***Attorneys for Plaintiffs, The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC***

OF COUNSEL:
Robert W. Hayes (Admitted Pro Hac Vice)
Matthew J. Siegel (Admitted Pro Hac Vice)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA  19103
RHayes@cozen.com
MSiegel@cozen.com