## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Adam Potter and Business Insurance Holdings, Inc.,<br><br>Defendants. | Civ. A. No. 1:19-cv-01600-RGA-JLH |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION OR PARTIAL RECONSIDERATION ON THE COURT'S JUNE 6, 2022, ORDER RULING ON BUSINESS INSURANCE HOLDINGS, INC.'S MOTION IN LIMINE NO . 1

AND NOW, this ____ day of _____, 2022, upon consideration of Plaintiffs' Motion for Clarification and Partial Reconsideration of the Court's June 6, 2022, Order Ruling on Business Insurance Holdings, Inc.'s ("BIH") Motion in Limine No. 1 ("Motion"), and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED and the portion of the June 6, 2022, Order granting BIH's Motion in Limine No. 1 is VACATED.  It is further ORDERED that, upon reconsideration, BIH's Motion in Limine No. 1 is DENIED.

BY THE COURT:

_____
J.