IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Adam Potter and Business Insurance Holdings, Inc.,<br><br>Defendants. | Civ. A. No. 1:19-cv-01600-RGA-JLH |

## FINAL JUDGMENT

AND NOW, this 29th day of September, 2022, for the reasons set forth in this Court's September 15, 2022 Trial Opinion (D.I. 335), it is hereby ORDERED that:

1. Judgment is entered in favor of Plaintiffs, The American Institute for Chartered Property Casualty Underwriters and The Institutes, LLC ("The Institutes"), and against Defendants, Adam Potter and Business Insurance Holdings, Inc. ("BIH"), upon Count I of the Amended and Supplemental Complaint in the amount of one dollar ($1.00), plus pre- and post-judgment interest, and equitable relief in the nature of a permanent injunction against BIH issued contemporaneously with the entry of this judgment;

2. Judgment is entered in favor of Adam Potter and against BIH on BIH's claim for negligent misrepresentation; and

3. Any party claiming to be a prevailing party shall submit a bill of costs within fourteen days.

                                                          */s/ Richard G. Andrews*
United States District Judge