# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE AMERICAN INSTITUTE FOR CHARTERED PROPERTY CASUALTY UNDERWRITERS and THE INSTITUTES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM POTTER, PBIH, LLC and BUSINESS INSURANCE HOLDINGS, INC.,<br><br>Defendants. | C.A. No. 1:19-cv-01600-RGA-JLH |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of R. Craig Martin, Esq. as counsel for defendant Business Insurance Holdings, Inc. and withdraw the appearance of Matthew P. Denn, Esq. as counsel for defendant, Business Insurance Holdings, Inc. in the above-referenced action.

Dated: December 27, 2022

**OF COUNSEL:**

Christopher Oprison
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
305.423.8522
chris.oprison@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
Matthew P. Denn (Bar No. 2985)
R. Craig Martin (Bar No. 5032)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
302.468.5700
matthew.denn@us.dlapiper.com
craig.martin@us.dlapiper.com

*Attorneys for Defendant Business Insurance Holdings, Inc.*